UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUAN JOSE GAITAN VASQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>IMMIGRATION OFFICER,<br><br>    Defendant. | CASE NO. C18-5203 BHS<br><br>ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS COMPLAINT |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge, Dkt. 17, and Plaintiff Juan Jose Gaitan Vasquez's ("Vasquez") motion to voluntarily dismiss complaint, Dkt. 21.

On September 28, 2018, Judge Fricke issued the R&R recommending that the Court grant Defendant's motion to dismiss and dismiss the complaint without prejudice. Dkt. 17. On December 27, 2018, Vazquez responded to the R&R and moved to voluntarily dismiss his complaint without prejudice. Dkt. 21.

After Defendant serves a motion to dismiss, Vasquez may voluntarily dismiss his complaint only by order of the Court. Fed. R. Civ. P. 41. Upon review of the file, the

Court concludes that granting Vasquez's motion is warranted.  Therefore, the Court declines to adopt the R&R and **GRANTS** Vazquez's motion to voluntarily dismiss his complaint without prejudice.  The Clerk shall close this case.

**IT IS SO ORDERED**.

Dated this 15th day of February, 2019.

BENJAMIN H. SETTLE
United States District Judge